No. 1509.  CALIFORNIA v. KING.  Sup. Ct. Cal.  Certiorari denied.

No. 1521.  GIORDANO ET AL. v. LEE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 1572.  STEPHENS v. FLORIDA REAL ESTATE COMMISSION ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 1650.  MILLIGAN v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 1654.  GINZBURG v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 1658.  MAGAFAN v. UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE.  C. A. D. C. Cir.  Certiorari denied.

No. 1659.  WILSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 1660.  POLACK v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 1663.  KRASNA v. DAVIES, EXECUTRIX.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 1669.  JIMMIE'S INC. ET AL. v. CITY OF WEST HAVEN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 1675.  MORRISON MOTOR FREIGHT, INC. v. FOX, ADMINISTRATRIX.  Sup. Ct. Ohio.  Certiorari denied.

No. 1677.  UNION PACIFIC RAILROAD Co. v. UNITED STATES.  Ct. Cl.  Certiorari denied.